


FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2007 AUG 16  PM 3:27

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br> 4333 Amon Carter Blvd. <br> Fort Worth, Texas 76155, <br><br>           Plaintiff, <br><br> -v.- <br><br> GOOGLE, INC., <br> 1600 Amphitheatre Parkway <br> Mountain View, California 94043, <br><br>           Defendant. | 4-07CV-487-A <br> Civil Action No. _____ <br><br><br> COMPLAINT |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff American Airlines, Inc. ("Plaintiff") files this its Certificate of Interested Persons pursuant to Local Rules 7.4 and 3.1(f) and certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the above-styled and numbered action:

1.     American Airlines, Inc. - Plaintiff

2.     AMR Corporation;

3.     American Eagle, Inc.; and

4.     Google, Inc. - Defendant

Respectfully submitted,

*[signature]*

Dee J. Kelly
Bar No. 11217000
Dee J. Kelly, Jr.
Bar No. 11217250
Lars L. Berg
Bar No. 00787072
Michael D. Anderson
Bar No. 24031699
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

*Attorneys for Plaintiff American Airlines, Inc.*

Of Counsel:

Terence P. Ross
Howard S. Hogan
Claudia M. Osorio
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

George A. Nicoud III
GIBSON, DUNN & CRUTCHER LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309