AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern  District of  Texas

American Airlines, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Google, Inc.

CASE NUMBER: 4-07CV-487-A

TO: (Name and address of Defendant)

Google, Inc.
c/o its registered agent
Corporation Service Company d/b/a
CSC - Lawyers Incorporating Service Company
701 Brazos, Suite 1050
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dee J. Kelly
Dee J. Kelly, Jr.
Lars L. Berg
Michael D. Anderson
Kelly Hart & Hallman LLP
201 Main St., Ste. 2500
Fort Worth, Texas 76102

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                                    DATE   AUG 16 2007

CLERK  Michelle Tham
(By) DEPUTY CLERK

ISSUED

Dockets.Justia.com