CTJ/KG

ORIGINAL

4:07-CV-487-A

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** August 17, 2007 @ 11:40 Am |
| NAME OF SERVER *(PRINT)* Barbara C. Stinnett | TITLE Private Process Server, ID # SCH-1181 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

**Affidavit Attached**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00  6.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 18, 2007   X _Barbara C. Stinnett_
             Date                 Signature of Server

          809 Rio Grande, Ste 103
          Address of Server
          Austin, Tx 78701

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2007 AUG 21 PM 1:16
CLERK OF COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the **17th** day of **August** , 2007, at **10:00 o'clock** **am**. Cause No. **4-07CV-487-A**

Executed at **701 Brazos Street, Suite 1050** **Austin, Texas 78701** within the County of **Travis** at **11:40 o'clock am** on the **17th** day of **August** , 2007, by delivering to the within named:

**GOOGLE, INC.,**
**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY dba CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its designated agent, VERONICA CORDELL, in person, a true copy of this Summons in a Civil Action together with Civil Cover Sheet, and Plaintiff's Certificate of Interested Persons, having first endorsed upon such copy of such Summons the date of delivery.**

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $60.00

| | |
|---|---|
| AMERICAN AIRLINES, INC. | By: _Barbara C. Stinnett_ ID# SCH-1181 |
| Plaintiff | **Barbara C. Stinnett** ID# SCH-1181 |
| | (Authorized Person) |
| V. | **THOMAS PROCESS** |
| GOOGLE, INC. | 809 Rio Grande Street |
| | Suite 103 |
| Defendant | Austin, Texas 78701 |
| | (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS        §
COUNTY OF TRAVIS      §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Barbara C. Stinnett** , known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 18th day of August , A.D., 2007.



SCOTT L. THOMAS
Notary Public, State of Texas
My Commission Expires
January 09, 2008

NOTARY PUBLIC, STATE OF TEXAS

34884/00390-0325