

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,           §
                                   §
            Plaintiff,             §
                                   §
VS.                                §   NO. 4:07-CV-487-A
                                   §
GOOGLE, INC.,                      §
                                   §
            Defendant.             §

ORDER

Came on for consideration the applications of Terence P. Ross ("Ross") and Howard S. Hogan ("Hogan") for admission <u>pro hac vice</u> in the above-captioned matter.  The court finds that the applications should be granted.  Therefore,

The court ORDERS that the applications of Ross and Hogan for admission <u>pro hac vice</u> be, and are hereby, granted, and that Ross and Hogan be, and are hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of plaintiff, American Airlines, Inc., in this action.  The court directs the clerk of the court to deposit the application fees into the account of the Non-Appropriated Fund of this court.

SIGNED August 29, 2007.

JOHN McBRYDE
United States District Judge