

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 SEP 19 PM 3:56

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| | § | |
| v. | § | |
| | § | 4-07-CV-487-A |
| GOOGLE, INC., | § | |
| | § | |
| Defendant | § | |

## CERTIFICATE OF INTERESTED PARTIES

Defendant Google Inc. ("Google") provides the Court with the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parents or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case. To the best of Google's knowledge, the following have an interest in the outcome of this case:

1. Plaintiff:

   American Airlines, Inc.
   4333 Amon Carter Boulevard
   Fort Worth, TX 76155

2. Attorneys for Plaintiff:

   Kelly Hart & Hallman LLP
   201 Main Street, Suite 2500
   Fort Worth, TX 76102
   (817) 332-2500

   Gibson, Dunn & Crutcher LLP
   One Montgomery Street, Suite 3100
   San Francisco, CA 94104
   (415) 393-8200

---

CERTIFICATE OF INTERESTED PARTIES
NO. 4-07-cv-487-A

PAGE 1
273221.1



ORIGINAL

3. Defendant:

   Google Inc.
   1600 Amphitheatre Parkway
   Mountain View, CA 94043

4. Attorneys for Defendant:

   Brackett & Ellis, P.C.
   100 Main Street
   Fort Worth, TX 76102-3090
   (817) 338-1700

   Keker & Van Nest LLP
   710 Sansome Street
   San Francisco, CA 94111-1704

Respectfully submitted,

*/s/ Joseph F. Cleveland, Jr.*
Joseph F. Cleveland, Jr.
Texas State Bar No. 04378900

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700
Metro:     817/429-9181
Facsimile: 817/870-2265

OF COUNSEL:

Michael H. Page
California Bar No. 154913
Klaus H. Hamm
California Bar No. 224905
Benjamin Berkowitz
California Bar No. 244441
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

                    ATTORNEYS FOR DEFENDANT
                    GOOGLE INC.

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>Michael D. Anderson<br>Kelly Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX  76102 | **Via Hand Delivery** |

Date:  September 19, 2007.

_____
Joseph F. Cleveland, Jr.