IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ FORT WORTH _____ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 SEP 19 PM 3: 57

CLERK OF COURT

| | § | |
|---|---|---|
| AMERICAN AIRLINES, INC. , | § | |
| **Plaintiff** | § | |
| | § | 4-07CV-487-A |
| **v.** | | **Case Number** |
| | § | |
| _____ GOOGLE, INC. _____ , | § | |
| **Defendant** | § | |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.    Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____ Keker & Van Nest LLP _____ , with offices at _____ 710 Sansome Street _____ ,
                                                                    (Street Address)

_____ San Francisco _____ , _____ CA _____ , _____ 94111 _____ , _____ (415) 391-5400 _____ .
(City)                                 (State)                 (Zip Code)        (Telephone No.)

II.    Applicant will sign all pleadings with the name _____ Benjamin W. Berkowitz _____ .

III.    Applicant has been retained personally or as a member of the above-named firm by

GOOGLE, INC.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court; for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____ California _____ , where Applicant regularly practices law.

Bar license number: _____ 244441 _____    Admission date: _____ 11/27/2006 _____ .

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Pennsylvania | 10/19/2005 | Active |
| New Jersey | 12/28/2005 | Inactive |
| USDC, Northern District of CA | 01/03/2007 | Active |
| US Court Appeals, 9th Cir. | 02/16/2007 | Active |

ORIGINAL

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application                    Case No. And Style

_____N/A_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is _____Joseph F. Cleveland, Jr._____

who has offices at_____100 Main Street, Fort Worth, TX 96102_____,
                                   (Address)
_____(817) 338-1700_____.
(Telephone No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.


SIGNED this ____17th____ day of _____September_____, 20__07__ .


_____
Benjamin W. Berkowitz
Printed Name of Applicant

_____
Signature


I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this ___19th___ day of ___September___, ___2007___ .


_____
Benjamin W. Berkowitz
Printed Name of Applicant

_____
Signature   Joseph F. Cleveland, Jr.
             Attorney for Defendant


---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:


☐   the application be granted.  The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.


☐   the application be denied.  The Clerk of Court shall return the admission fee to the Applicant.


_____          _____
DATE                                       JUDICIAL OFFICER