

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:07-CV-487-A |
| § | |
| GOOGLE, INC., § | |
| § | |
| Defendant. § | |

ORDER

Came on for consideration the applications of Benjamin W. Berkowitz ("Berkowitz"), Klaus H. Hamm ("Hamm"), and Michael H. Page ("Page") for admission pro hac vice in the above-captioned matter. The court finds that the applications should be granted. Therefore,

The court ORDERS that the applications of Berkowitz, Hamm, and Page for admission pro hac vice be, and are hereby, granted, and that Berkowitz, Hamm, and Page be, and are hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of defendant, Google, Inc., in this action. The court directs the clerk of the court to deposit the application fees into the account of the Non-Appropriated Fund of this court.

SIGNED September 20, 2007.

JOHN McBRYDE
United States District Judge