IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| AMERICAN AIRLINES, INC., | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | NO. 4:07-CV-487-A |
| GOOGLE, INC., | § | |
| Defendants. | § | |

ORDER

Having reviewed the motion of Google, Inc. ("Google") to dismiss, the response of plaintiff, American Airlines, Inc., and Google's reply, the court concludes that the motion to dismiss should be denied. Therefore,

The court ORDERS that Google's motion to dismiss be, and is hereby, denied.

SIGNED October 24, 2007.

JOHN McBRYDE
United States District Judge