ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 FEB -8 PM 3:47

CLERK OF COURT

____American Airlines, Inc.____, §
§
**Plaintiff** §
§      ____04-07-CV-487-A____
v. §      **Case Number**
§
____Google Inc.____, §
§
**Defendant** §

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)
____Gibson, Dunn & Crutcher LLP____, with offices at _____One Montgomery Street, Suite 3100_____,
(Street Address)

____San Francisco____, ____CA____, ____94104____, ____(415) 393-8204____.
(City)         (State)      (Zip Code)     (Telephone No.)

**II.**   Applicant will sign all pleadings with the name _____Frederick Brown_____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by

American Airlines, Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

**IV.**  Applicant is a member in good standing of the bar of the highest court of the state of
____California____, where Applicant regularly practices law.
Bar license number: ____65316____   Admission date: ____December 18, 1975____.

**V.**   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Court of Appeals, Fed Cir | April 25, 1990 | Active |
| US Court of Appeals, 9th Cir | December 1985 | Active |
| CA USDC Northern District | December 18, 1975 | Active |
| GA USDC Northern District | January 5, 1979 | Inactive |

FW5323 135

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:
None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:
None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| None | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____Lars L. Berg_____
who has offices at _____Kelly, Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102_____,
(Address)
_____(817) 878-3524_____.
(Telephone No.)

**XI.** Check the appropriate box below.
For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___7th___ day of ___February___, 20_08_.

_____Frederick Brown_____
Printed Name of Applicant

_____/s/_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __8TH__ day of __FEBRUARY__, __2008__.

_____LARS L. BERG_____
Printed Name of ~~Applicant~~ Local Counsel

_____/s/ Lars L. Berg_____
Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____  _____
DATE                              JUDICIAL OFFICER