IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
MAR 21 2008
CLERK, U.S. DISTRICT COURT
By _____
  Deputy

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken and unfiled, it is ORDERED that the document be stricken from the record of this case, and the Clerk is directed to note on the docket that the document has been unfiled.

3/21/08
DATE

_____
U.S. District/Magistrate Judge

## NOTICE OF DEFICIENCY

Judge: McBRYDE                          Date: MARCH 21, 2008
Case Number: 4:07-CV-487-A             Plaintiff: AMERICAN AIRLINES, INC.
Deputy Clerk: _____          Defendant: GOOGLE INC.   (#   )
                                        Telephone Number: _____

* * * * * * * * * * * * *

A(n) Application for Admission Pro Hac Vice has been filed by DEFENDANT and is considered deficient in the areas(s) noted below:

_____    1.  A civil/criminal cover sheet must be filed with the complaint/Indictment/Information See LR 3.1(c) or LCrR49.1.
_____    2.  The document(s) must be in proper form. See LR 10.1 or LCrR49.3.
_____    3.  The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11, LR10.1(b), or LCrR 49.3(b). For cases designated as electronic, see also LR 11.1 or LCrR 49.5.
__X__    4.  A completed certificate of service as defined in F.R.C.P. 5(d) or F.R.Cr.P 49.is required.
_____    5.  Each separate document contained therein must be identified. See LR 5.1(c) or LCrR49.3(a).
_____    6.  The motion must include:
         a.  _____  certificate of conference or inability to confer. See LR 7.1(b) or LCrR 47.1(b).
         b.  _____  brief in support of motion. See LR 7.1(d), LR 56.5(a) or LCrR 47.1(d).
         c.  _____  proposed order. See LR 7.1(c) or LcrR 47.1(c).
         d.  _____  proposed order for cases designated as electronic. See Order Assigning Case to Electronic Case Filing entd. _____
         e.  _____  documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6.

NODfrm3/18/08

Dockets.Justia.com

| | 7. | A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15.1. |
|---|---|---|
| \_\_\_\_ | 8. | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1. |
| \_\_\_\_ | 9. | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b) or LCrR 57.9. |
| \_\_\_\_ | 10. | Additional copies are required. See LR 5.1(b) or LCrR49.2(b). |
| \_\_\_\_ | 11. | The attorney filing the pleading is not admitted to practice in this district. See LR 83.7 or LCrR57.7. |
| \_\_\_\_ | 12. | The document requires a separately signed certificate of interested persons. See LR 3.1(f), LR 7.4, or LR 81.1(a)(3)(D). |
| \_\_\_\_ | 13. | Other:_____ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

AMERICAN AIRLINES, INC., §
§
**Plaintiff** §
§ Civil Action No. 4-07-CV-487-A
v. § **Case Number**
§
_____GOOGLE, INC._____, §
§
**Defendant** §

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I. Applicant is an attorney and a member of the law firm of (or practices under the name of) _____Keker & Van Nest, LLP_____, with offices at _____710 Sansome Street_____,
(Street Address)

_____San Francisco_____, _____CA_____, _____94111_____, _____(415) 391-5400_____.
(City) (State) (Zip Code) (Telephone No.)

II. Applicant will sign all pleadings with the name _____Ajay Krishnan_____.

III. Applicant has been retained personally or as a member of the above-named firm by

Google, Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of
_____California_____, where Applicant regularly practices law.
Bar license number:_____222476_____ Admission date:_____December 4, 2002_____.

V. Applicant has also been admitted to practice before the following courts:

Court: Admission Date: Active or Inactive:
_____ _____ _____
_____ _____ _____
_____ _____ _____
_____ _____ _____

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is ____Joseph F. Cleveland, Jr.____ who has offices at _____Brackett & Ellis, 100 Main Street, Fort Worth, TX 76102-3090_____ ,
(Address)
____(817) 338-1700____ .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___19th___ day of _____March_____, 20__08__.

                                                Ajay S. Krishnan

Printed Name of Applicant

*[signature]*

Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this _____ day of _____, _____.

Printed Name of Applicant

Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐     the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐     the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

DATE                                                          JUDICIAL OFFICER