FW RCPT
5640
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 MAR 25 PH 3: 23

CLERK OF COURT

___AMERICAN AIRLINES, INC.___, §
§
**Plaintiff** §
§     Civil Action No. 4-07-CV-487-A
v. §     **Case Number**
§
___GOOGLE, INC.___, §
§
**Defendant**

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) ___Keker & Van Nest, LLP___, with offices at _____710 Sansome Street_____,
(Street Address)

___San Francisco___, ___California___, ___94111___, ___(415) 391-5400___.
(City)                    (State)              (Zip Code)     (Telephone No.)

II. Applicant will sign all pleadings with the name _____Ajay S. Krishnan_____.

III. Applicant has been retained personally or as a member of the above-named firm by

Google, Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number:_____222476_____ Admission date:_____December 4, 2002_____.

V. Applicant has also been admitted to practice before the following courts:

Court:                    Admission Date:              Active or Inactive:
_____           _____              _____
_____           _____              _____
_____           _____              _____
_____           _____              _____

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____      _____

_____      _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is ____Joseph F. Cleveland, Jr.____
who has offices at____Brackett & Ellis, 100 Main Street, Fort Worth, TX 76102-3090____,
     (Address)
____(817) 338-1700____.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this \_\_\_21st\_\_\_ day of _____March_____, 20\_\_08\_\_.

_____Ajay S. Krishnan_____
Printed Name of Applicant

*[signature]*
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this \_\_25th\_\_ day of \_\_\_March\_\_\_, 2008\_\_.

_____Ajay S. Krishnan_____
Printed Name of Applicant

*[signature]*
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____  _____
DATE                                                        JUDICIAL OFFICER