IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 28 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

GOOGLE INC.,

        Defendant.

No. 4:07-CV-487-A

## ORDER

Came on for consideration the agreed motion of the parties to extend the deadline to designate experts. The court, having reviewed the parties' agreed motion, the record, and applicable authorities, has concluded that the motion should be granted. Therefore,

The court orders that the parties' Agreed Motion to Extend Deadline to Designate Experts be, and is hereby, granted and that the following schedule now applies to the designation of experts:

| DATE | DESIGNATION |
|---|---|
| May 22, 2008 | Each party shall designate any expert conducting a survey ("Survey Expert") by filing a written designation including the name, address, and telephone number of each expert who may be called to testify and make the disclosures required by FED. R. CIV. P. 26 (a) (2) by serving the required written reports. |
| June 9, 2008 | Each party shall designate any rebuttal experts commenting on the reports of the Survey Experts by filing a written designation including the name, address, and telephone number of each expert who may be called to testify and make the disclosures required by FED. R. CIV. P. 26 (a) (2) by serving the required written reports. |

| DATE | DESIGNATION |
|---|---|
| June 9, 2008 | Each party shall designate any experts (except Survey Experts) for any issue on which that party has the burden of persuasion, by filing a written designation including the name, address, and telephone number of each expert who may be called to testify and make the disclosures required by FED. R. CIV. P. 26 (a) (2) by serving the required written reports |
| June 30, 2008 | Each party shall designate any rebuttal experts to the experts designated on June 9, 2008, by filing a written designation including the name, address, and telephone number of each expert who may be called to testify and make the disclosures required by FED. R. CIV. P. 26 (a) (2) by serving the required written reports. |

The court further orders that any party making any expert designation shall (1) produce in an organized fashion compatible with the expert report copies of all documents relied on by the expert no later than 24 hours after the date the expert report is due; and, (2) make each designated expert available for oral deposition within one week of the date that the expert is designated, subject to the right of the party taking the deposition to schedule it for a later date.

SIGNED this 28 day of March, 2008.

John McBryde
United States District Judge