American Airlines, Inc v. Google Inc                                                                                  Doc. 32

FW68623

CJJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED
   APR 1 7 2008
    DROP BOX
CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

American Airlines, Inc. §
                       §
**Plaintiff**         §
                       §   Civil Action No. 4-07-CV-487-A
v.                     §   Case Number
                       §
Google, Inc.          §
                       §
**Defendant**         §

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) INTERPUBLIC GROUP OFFICE OF GENERAL /COUNSEL, with offices at 1114 AVENUE OF THE AMERICAS,
(Street Address)

NEW YORK, NEW YORK, 10036, 212-704-1347.
(City)          (State)       (Zip Code)   (Telephone No.)

II. Applicant will sign all pleadings with the name WILLIAM H. CROSBY, JR.

III. Applicant has been retained personally or as a member of the above-named firm by

TM ADVERTISING LP, SUBPOENAED THIRD PARTY

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court; for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of
   NEW YORK, where Applicant regularly practices law.
Bar license number: 2580496         Admission date: 01/1994.

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC, SDNY | 1994 | Active |
| USDC, EDNY | 1997 | Active |
|  |  |  |
|  |  |  |

Dockets.Justia.com

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:


**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:


**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):


**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)


**X.** Local counsel of record associated with Applicant in this matter is __Cary Dorman, Esq.__, who has offices at __749 North Main Street, Fort Worth, TX 76109__,
(Address)
__817-335-2246__.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

 ☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

 ☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this __15TH__ day of __APRIL__, 20__08__.

__WILLIAM H. CROSBY, JR.__
Printed Name of Applicant

_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __15TH__ day of __APRIL__, __2008__.

__WILLIAM H. CROSBY, JR.__
Printed Name of Applicant

_____
Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____  _____
DATE                      JUDICIAL OFFICER

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Application and Order for Admission Pro Hac Vice was delivered on the 16th day of April, 2008, by first-class mail to counsel of record in this action, as follows:

Klaus H. Hamm
Michael H. Page
Benjamin W. Berkowitz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111-1704

Joseph F. Cleveland, Jr.
Brackett & Ellis
100 Main Street
Fort Worth, Texas 76102-3090

Terrence P. Ross
Howard S. Hogan
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Lars L. Berg
Dee J. Kelly
Dee J. Kelly, Jr.
Michael D. Anderson
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

George A. Nicoud III
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104

William H. Crosby, Jr.