

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-487-A |
| | § | |
| GOOGLE, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the application of William H. Crosby, Jr. ("Crosby") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that Crosby's application for admission <u>pro hac vice</u> be, and is hereby, granted, and that Crosby be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of TM Advertising LP, a subpoenaed third party, in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED April 18, 2008.

JOHN McBRYDE
United States District Judge

Dockets.Justia.com