

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:07-CV-487-A |
| § | |
| GOOGLE, INC., § | |
| § | |
| Defendant. § | |

ORDER

After having reviewed the motion of plaintiff, American Airlines, Inc., to compel, the court has concluded that defendant, Google, Inc., should make an expedited response thereto. While the court has not had the benefit of Google's response, the court does note that the prima facie case of discovery abuse on the part of Google presented by the motion to compel and supporting documents causes the court concern. Reasonable attorneys should already have resolved the disputes presented by the motion to compel. The court encourages the parties to diligently attempt to resolve those disputes between now and the date when Google's response is to be filed. If the court is required to make rulings on the motion, the court anticipates that whichever party is the loser in the rulings will be subjected to rather severe sanctions for discovery abuse.

Therefore,

The court ORDERS that Google file its response to plaintiff's motion to compel by 2:00 p.m. on May 15, 2008.

SIGNED May 8, 2008.

_____
JOHN McBRYDE
United States District Judge