# MINUTES

Chambers of the Honorable John McBryde

DATE: May 9, 2008                              LAW CLERK: Marjorie Panter
                                               REPORTER: Eileen Brewer

---

| Time | Case No. and Style | Type of Proceedings & Results | Attorneys-by phone |
|------|--------------------|-------------------------------|--------------------|
| 2:57 - 3:12 | 4:07-CV-487-A <br> American Airlines, Inc., v. Google, Inc. | Telephone conf. re: defendant's motion to compel production of documents. <br><br> Court granted the motion to compel. <br><br> Telephone conference concluded. | 1. For the plaintiff, Dee J. Kelly, Jr., Lars Berg, and Fred Brown. <br><br> 2. For defendant, Joe Cleveland, Jr., Michael Page, Klaus Hamm, and Benjamin Berkowitz. |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 9 2008
CLERK, U.S. DISTRICT COURT
By _____
           Deputy