# MINUTES

Chambers of the Honorable John McBryde

DATE: May 9, 2008                                             LAW CLERK: Marjorie Panter
                                                              REPORTER: Eileen Brewer

---

| Time | Case No. and Style | Type of Proceedings & Results | Attorneys-by phone |
|---|---|---|---|
| 4:13 - 4:22 | 4:07-CV-487-A American Airlines, Inc., v. Google, Inc. | Telephone conf. re: additional discussion on defendant's motion to compel production of documents.<br><br>Court withdrew earlier order granting defendant's motion to compel.<br><br>Court ordered plaintiff to respond to defendant's motion by 2:00 p.m. on May 15, 2008.<br><br>Telephone conference concluded. | 1. For the plaintiff, Lars Berg.<br><br>2. For defendant, Joe Cleveland, Jr. |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY -9 2008
CLERK, U.S. DISTRICT COURT
By _____
      Deputy