

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-487-A |
| | § | |
| GOOGLE, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER

On May 9, 2008, the court conducted two telephone conference/hearings on defendant's motion to compel the production of documents in the above-captioned action with counsel for plaintiff, American Airlines, Inc., and defendant, Google, Inc., respectively, in attendance. During the first, the court, after hearing from counsel, concluded that the motion to compel should be granted, and the court so ordered. However, immediately thereafter the court did further legal research based on information provided to the court by counsel for plaintiff; and, based on the research, the court developed uncertainty as to whether the court's ruling was correct. During the second telephone conference/hearing the court withdrew the ruling made during the first, and fixed a deadline for accomplishment of things that plaintiff will be required to accomplish if it wishes

to persist in its opposition to the motion to compel. Consistent with the discussions had and rulings made during the second telephone conference/hearing,

The court ORDERS that plaintiff file its response to defendant's motion to compel by 2:00 p.m. on May 15, 2008.

The court further ORDERS that by such time and date plaintiff file for <u>in camera</u> inspection copies of all documents it claims are not subject to production by reason of a privilege, which documents are to be spiral-bound in one or more volumes that will be of a size convenient for handling and shall be consecutively numbered from beginning to end and accompanied by a list of the documents, giving the beginning and ending pages of each.

The response to be filed by plaintiff shall list the documents plaintiff claims are privileged, segregating the documents by the entity from which the documents came (which shall be identified as to each document); and, plaintiff shall provide in the list as to each such document an explanation of why plaintiff contends the document is non-discoverable.

SIGNED May 12, 2008.

JOHN McBRYDE
United States District Judge

2