

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-487-A |
| | § | |
| GOOGLE, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER

The court has concluded that plaintiff, American Airlines, Inc., should make an expedited reply, if it wishes to reply, to the response of defendant, Google, Inc., to plaintiff's motion to compel. Therefore,

The court ORDERS that if plaintiff wishes to reply to such response, it do so by 2:00 p.m. on May 21, 2008.

SIGNED May 15, 2008.

JOHN McBRYDE
United States District Judge