U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| | § | |
| v. | § | |
| | § | 4-07-CV-487-A |
| GOOGLE, INC., | § | |
| | § | |
| Defendant | § | |

## ORDER

Came on for consideration Defendant Google Inc.'s unopposed motion to seal certain documents in connection with its response to Plaintiff American Airlines, Inc.'s motion to compel production and its appendix in support thereof. The Court, having considered the motion, enters the following Order:

IT IS ORDERED that Google Inc.s' motion to seal its response to American Airlines, Inc.'s motion to compel and is appendix is hereby ~~GRANTED.~~ denied.

~~IT IS FURTHER ORDERED that the Google is instructed to file an unredacted copy of its response and appendix which will be SEALED pending further order of the Court.~~

SO ORDERED.

SIGNED this 15 day of May, 2008.

JOHN H. MCBRYDE
UNITED STATES DISTRICT JUDGE