American Airlines Inc v. Google Inc                                                                         Doc. 48

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

GOOGLE INC.,

        Defendant.

No. 4:07-CV-487-A

## AGREED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

Came on to be considered in the above-styled and numbered action the motion to compel filed on May 9, 2008 by defendant, Google Inc. On May 9, 2008, the court conducted two telephone conference/hearings on defendant's motion to compel. On May 12, 2008, the court rendered a written order consistent with the discussions had and rulings made during the second telephone conference/hearing. Thereafter, the court was informed that the parties had reached an agreement resolving all the issues raised in defendant's motion to compel. Consistent with the parties' agreement,

The court ORDERS that defendant's motion to compel be, and is hereby, granted.

The court further ORDERS that all documents received by defendant in response to subpoenas served on third parties t:m, Inc. and Smart Media, Inc. that were sequestered by defendant pursuant to FED. R. CIV. P. 45 as a result of plaintiff asserting privilege, be, and are hereby, released from sequestration.

The court further ORDERS that plaintiff shall produce to defendant by 12:00 noon on May 16, 2008 all documents produced in response to the subpoena served on third party Reprise,

AGREED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL – Page 1
942685_1

Dockets.Justia.com

Inc. and that were previously withheld from production based on the assertion of a privilege by plaintiff.

SIGNED this 15 day of May, 2008.

John McBryde
United States District Judge

**AGREED:**

Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309

Terence P. Ross (admitted *pro hac vice*)
Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**ATTORNEYS FOR PLAINTIFF
AMERICAN AIRLINES, INC.**

Joseph F. Cleveland, Jr.
State Bar No. 04378900
BRACKETT & ELLIS, P.C.
A PROFESSIONAL CORPORATION
100 Main Street
Fort Worth, TX 76102-3090
Phone: (817) 338-1700
Metro: (817) 429-9181
Fax: (817) 870-2265

Michael H. Page (admitted *pro hac vice*)
California Bar No. 154913
Klaus H. Hamm (admitted *pro hac vice*)
California Bar No. 224905
Benjamin Berkowitz (admitted *pro hac vice*)
California Bar No. 244441
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Phone: (415) 391-5400
Fax: (415) 397-7188

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**