IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

GOOGLE INC.,

    Defendant.

No. 4:07-CV-487-A

**AGREED ORDER GRANTING PART OF PLAINTIFF'S MOTION TO COMPEL**

  Came on to be considered in the above-styled and numbered action the motion to compel filed by plaintiff, American Airlines, Inc. The court has been informed that plaintiff and defendant, Google Inc., have reached an agreement as to the part of that motion dealing with the objections and instructions not to answer made by counsel for defendant to questions by counsel for plaintiff directed to defendant's corporate representative during an oral deposition. Consistent with the parties' agreement,

  The court ORDERS that by 5:00 p.m. on May 22, 2008, defendant provide a declaration from a corporate representative with authority to bind the defendant that provides the following information:

(1)   a complete list of custodians from whom defendant collected documents;
(2)   the types, describing each type in detail, of documents collected from each custodian;
(3)   the search terms and criteria defendant used to search electronic files;
(4)   the search terms used by defendant to search its Keyword Tool;
(5)   the search terms used to search defendant's Ads database;
(6)   the databases and systems that defendant has searched for documents;

AGREED ORDER GRANTING PART OF PLAINTIFF'S MOTION TO COMPEL – Page 1
942977_1.DOC

(7) the criteria, including search terms, that defendant used to select documents to produce to plaintiff;

(8) the criteria defendant used to pick which custodial files it would produce; and,

The court further ORDERS that by 5:00 p.m. on May 22, 2008 each party provide to the other a declaration from a corporate representative with authority to bind the party that identifies the date on which that party instructed its employees to preserve documents relevant to this litigation or threat of litigation.

The court further ORDERS that the remainder of plaintiff's motion to compel remains pending.

SIGNED this 16 day of May, 2008.

John McBryde
United States District Judge

AGREED:

_____  _____
Dee J. Kelly (State Bar No. 11217000)   Joseph F. Cleveland, Jr.
Dee J. Kelly, Jr. (State Bar No. 11217250)   State Bar No. 04378900
Lars L. Berg (State Bar No. 00787072)   BRACKETT & ELLIS, P.C.
KELLY HART & HALLMAN LLP   A PROFESSIONAL CORPORATION
201 Main Street, Suite 2500   100 Main Street
Fort Worth, Texas 76102   Fort Worth, TX 76102-3090
Phone: (817) 332-2500   Phone: (817) 338-1700
Fax: (817) 878-9280   Metro: (817) 429-9181
　　　　　　　　　　　　　　　　　　Fax: (817) 870-2265
Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III (admitted *pro hac vice*)   Michael H. Page (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP   California Bar No. 154913
One Montgomery St., Suite 3100   Klaus H. Hamm (admitted *pro hac vice*)
San Francisco, CA 94104   California Bar No. 224905
Phone: (415) 393-8200   Benjamin Berkowitz (admitted *pro hac vice*)
Fax: (415) 986-5309   California Bar No. 244441
　　　　　　　　　　　　　　　　　　KEKER & VAN NEST LLP
Terence P. Ross (admitted *pro hac vice*)   710 Sansome Street
Howard S. Hogan (admitted *pro hac vice*)   San Francisco, CA 94111-1704
GIBSON, DUNN & CRUTCHER LLP   Phone: (415) 391-5400
1050 Connecticut Avenue, N.W.   Fax: (415) 397-7188
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539   **ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　**GOOGLE INC.**
**ATTORNEYS FOR PLAINTIFF**
**AMERICAN AIRLINES, INC.**