Rcpt.
FW# 576
CTV/RMT
ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
_____FORT WORTH_____ **DIVISION**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 MAY 16 PM 3: 45

CLERK OF COURT

AMERICAN AIRLINES, INC.,

**Plaintiff**

v.

GOOGLE, INC.,

**Defendant**

§
§
§
§
§
§
§

_____4-07-CV487-A_____

**Case Number**

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)
_____Keker & Van Nest LLP_____, with offices at _____710 Sansome St_____,
                                       (Street Address)

_____San Francisco_____, _____California_____, ____94111____, ____415/391-5400____.
(City)                      (State)          (Zip Code)     (Telephone No.)

**II.**     Applicant will sign all pleadings with the name _____Rachael Meny_____.

**III.**     Applicant has been retained personally or as a member of the above-named firm by

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court, for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of
_____, where Applicant regularly practices law.

Bar license number: _____178514_____    Admission date: _____12/7/99_____.

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court/ No. Dist. | 1995 | Active |
| U.S. District Court/Eastern Dist. | 2005 | Active |
| U.S. District Court/Central | 2003 | Active |
| District Court of Maine | 2005 | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No.

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No.

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No.

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application                    Case No. And Style

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is _____ Brackett & Ellis _____
who has offices at_____ 100, Main Street, Fort Worth, TX 76102-3090 _____,
                              (Address)
_____ 817/338-1700 _____.
(Telephone No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ____14____ day of _____May_____, 20__08__ .

Rachael Meny
_____

**Printed Name of Applicant**

_Rachael_

Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __16th__ day of ____May____, _2008_ .

JOSEPH S. CLEVELAND, Jr.
_____

**Printed Name ~~of Applicant~~**

Signature

---

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐    the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐    the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____      _____

DATE                                    JUDICIAL OFFICER