IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-487-A |
| | § | |
| GOOGLE, INC. | § | |
| | § | |
| Defendant. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ORDER

Came on for consideration the application of RACHAEL MENY ("Meny") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that Meny's application for admission <u>pro hac vice</u> be, and is hereby, granted, and that Meny be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of defendant, Google, Inc., in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED May 19, 2008.

_____
JOHN McBRYDE
United States District Judge