

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| Plaintiff, | § |
| VS. | § NO. 4:07-CV-487-A |
| GOOGLE, INC. | § |
| Defendant. | § |

ORDER

Came on for consideration the application of RAGESH K. TANGRI ("Tangri") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that Tangri's application for admission <u>pro hac vice</u> be, and is hereby, granted, and that Tangri be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of defendant, Google, Inc., in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED May 19, 2008.

_____
JOHN McBRYDE
United States District Judge