IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

AMERICAN AIRLINES, INC., §
§
**Plaintiff** §
§       _____4-07-CV-487-A_____
v. §           Case Number
§
_____GOOGLE, INC._____, §
§
**Defendant**

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)
_____Daralyn J. Durie_____, with offices at _____710 Sansome Street_____,
(Street Address)

_____San Francisco_____, _____CA_____, _____94111_____, _____(415) 391-5400_____.
(City)               (State)         (Zip Code)       (Telephone No.)

II. Applicant will sign all pleadings with the name _____Daralyn J. Durie_____.

III. Applicant has been retained personally or as a member of the above-named firm by

Google, Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of
_____California_____, where Applicant regularly practices law.
Bar license number: _____169825_____ Admission date: _____02/09/94_____.

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of the St. of Cal. | 02/09/94 | Active |
| U.S. Ct of Appeals for the 9th Cir. | 08/24/94 | Active |
| U.S. District Ct., E.D. of CA | 11/13/98 | Active |
| U.S. District Ct. C.D. of CA | 11/17/98 | Active **See Attachment |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is ___Joseph F. Cleveland, Jr.___
who has offices at_____Brackett & Ellis, a Prof. Corp., 100 Main Street, Fort Worth, TX 76102-3090_____,
                              (Address)
_____(817) 338-1700_____.
(Telephone No.)

**XI.** Check the appropriate box below.

    For Application in a **Civil Case**

       ☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

       ☐    Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___13th___ day of _____May_____, 20__08__.

                                              Daralyn J. Durie
                                              Printed Name of Applicant

                                              Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __20th__ day of __May__, __2008__.

                                              April Robbins
                                              Printed Name ~~of Applicant~~

                                              Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐    the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐    the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____                    _____
DATE                                                  JUDICIAL OFFICER

## Daralyn J. Durie

Application to Appear Pro Hac Vice
Attachment - Item No. 11
Admittance to Practice in the Following Courts

Supreme Court of the State of California, February 9, 1994

United States Court of Appeals for the Ninth Circuit, August 24, 1994

United States District Court, Eastern District of California, November 13, 1998

United States District Court, Central District of California, November 17, 1998

United States District Court, Southern District of California, November 8, 1999

United States District Court, Northern District of California, January 5, 2000

United States Court of Appeal for the Federal Circuit, May 14, 2003

United States Court of Appeals for the Eighth Circuit, July 28, 2006

370881.01