American Airlines Inc v. Google Inc

Doc. 57

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

GOOGLE INC.,

        Defendant.

No. 4:07-CV-487-A

## PLAINTIFF'S EXPERT DESIGNATION

Pursuant to the Court's October 26, 2007 Order Setting Schedule and Providing Special Pretrial Instructions and the Court's March 28, 2008 Order modifying the schedule as to experts, Plaintiff designates the following as its expert witness who has conducted a survey and may be called to testify at trial about that survey:

    Kent D. Van Liere, Ph.D., Vice President
    NERA Economic Consulting
    370 Interlocken Blvd., 4th Floor
    Broomfield, CO 80021
    (303) 327-1467

Respectfully submitted,

*[signature]*

Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309

Terence P. Ross (admitted *pro hac vice*)
Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**Attorneys for Plaintiff American Airlines, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on the 22nd day of May, 2008 to Defendant's counsel, as follows:

*Via CMRRR #7007 0710 0000 0927 8310*
*and Email*
Joseph F. Cleveland, Jr.
BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, TX 76102-3090

*Via CMRRR #7007 0710 0000 0927 8327*
*and Email*
Michael H. Page
Klaus H. Hamm
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704

Lars L. Berg