American Airlines Inc v. Google Inc　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 58

CTJ/RMT
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DROP BOX
MAY 2 2 2008
5:15
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § | |
| Plaintiff | § § | CIVIL ACTION NO. |
| v. | § § § | 4-07-CV-487-A |
| GOOGLE, INC., | § § | |
| Defendant | § | |

## DEFENDANT GOOGLE INC.'S EXPERT DESIGNATION

In accordance with the Court's October 26, 2007 Order Setting Schedule and Providing Special Pretrial Instructions and the Court's March 28, 2008 Order modifying the schedule as to experts, Defendant Google Inc. designates the following person as its expert witness who has conducted a survey and may be called to testify at trial about that survey:

Dr. Itamar Simonson
Graduate School of Business
Stanford University
Stanford, CA  94305-5015
Telephone: (650) 725-8981.

Respectfully submitted,

_____
Joseph F. Cleveland, Jr.
State Bar No. 04378900
BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas  76102-3090
Telephone: 817/338-1700
Facsimile: 817/870-2265

Michael H. Page
Klauss H. Hamm
Benjamin W. Berkowitz
Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served on plaintiff's counsel of record on May 22, 2008, as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | **Via First Class Mail** |
| Frederick Brown<br>George A. Nicoud III<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery St., Suite 3100<br>San Francisco, CA 94104 | **Via First Class Mail** |

_____
Joseph F. Cleveland, Jr.