IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

CTJRMT ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 JUN -3 PM 3:34

CLERK OF COURT

AMERICAN AIRLINES, INC., §
§
**Plaintiff** §
§ __4-07-CV-487-A__
v. § Case Number
§
____GOOGLE, INC.____, §
§
**Defendant** §

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) ____Keker & Van Nest, LLP____, with offices at ____710 Sansome Street____,
(Street Address)

____San Francisco____, ____CA____, ____94111____, ____(415) 391-5400____.
(City)            (State)         (Zip Code)       (Telephone No.)

II.  Applicant will sign all pleadings with the name ____Melissa J. Miksch____.

III.  Applicant has been retained personally or as a member of the above-named firm by

Defendant Google, Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of

____California____, where Applicant regularly practices law.

Bar license number: ____249805____ Admission date: ____June 4, 2007____.

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC, California, No. District | February 5, 2008 | Active |
| USDC, District of Delaware | January 25, 2008 | Active |
|  |  |  |
|  |  |  |

Dockets.Justia.com

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| N/A | N/A |
|  |  |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is ___Joseph F. Cleveland, Jr., Esq.___ who has offices at ___Brackett & Ellis, 100 Main Street, Fort Worth, TX 76102-3090___,
(Address)
___(817) 338-1700___.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this __19th__ day of __May__, 20__08__.

_____
MELISSA J. MIKSCH
Printed Name of Applicant

_____
Signature

June 2 2008

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __3rd__ day of __June__, __2008__.

_____
Joseph F. Cleveland, Jr.
Printed Name ~~of Applicant~~

_____
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____   _____
DATE                               JUDICIAL OFFICER