IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:07-CV-487-A |
| GOOGLE, INC. | § | |
| Defendant. | § | |

ORDER

Came on for consideration the application of MELISSA J. MIKSCH ("Miksch") for admission pro hac vice in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that Miksch's application for admission pro hac vice be, and is hereby, granted, and that Miksch be, and is hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of defendant, Google, Inc., in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED June 4, 2008.

JOHN McBRYDE
United States District Judge