**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| | § | |
| v. | § | |
| | § | 4-07-CV-487-A |
| GOOGLE, INC., | § | |
| | § | |
| Defendant | § | |

### DEFENDANT GOOGLE INC.'S DESIGNATION OF REBUTTAL EXPERTS

In accordance with the Court's October 26, 2007 Order Setting Schedule and Providing Special Pretrial Instructions and the Court's March 28, 2008 Order modifying the schedule as to experts, Defendant Google Inc. designates the following persons as its rebuttal expert witnesses:

    Dr. Itamar Simonson
    Graduate School of Business
    Stanford University
    Stanford, CA    94305-5015
    Telephone: (650) 725-8981

    Robert A. Peterson
    John T. Stuart Centennial Chair in Business Administration
    University of Texas
    3210 Park Hills Drive
    Austin, TX    78746
    Telephone: (512) 471-9438.

Respectfully submitted,

Joseph E. Cleveland, Jr.
State Bar No. 04378900

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700
Facsimile: 817/870-2265

Michael H. Page
Klauss H. Hamm
Benjamin W. Berkowitz
Daralyn J. Durie
Ajay S. Krishnan
California Bar no. 222476
Ragesh K. Tangri
California Bar No. 159477
Rachael Meny
California Bar No. 178514
Melissa J. Miksch
California Bar No. 249805

KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served on plaintiff's counsel of record on June 9, 2008, as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | **Via First Class Mail** |
| Frederick Brown<br>George A. Nicoud III<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery St., Suite 3100<br>San Francisco, CA 94104 | **Via First Class Mail** |

Joseph F. Cleveland, Jr.