IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

GOOGLE INC.,

        Defendant.

No. 4:07-CV-487-A

## PLAINTIFF'S EXPERT DESIGNATIONS

Pursuant to the Court's October 26, 2007 Order Setting Schedule and Providing Special Pretrial Instructions and the Court's March 28, 2008 Order modifying the schedule as to experts, Plaintiff designates the following as its expert witnesses:

1.     Kent D. Van Liere, Ph.D., Vice President
   NERA Economic Consulting
   370 Interlocken Blvd., 4th Floor
   Broomfield, CO 80021
   (303) 327-1467

Kent Van Liere is a rebuttal expert commenting on the report of Google's survey expert, Itamar Simonson, and may be called to testify at trial about his rebuttal.

2. Ronald C. Goodstein, Ph.D.
   Georgetown University
   310 Old North Bldg.
   Washington, DC 20057
   (202) 687-8009 – phone
   (202) 687-4031 – fax

Ronald C. Goodstein is, in part, a rebuttal expert commenting on the report of Google's survey expert, Dr. Itamar Simonson. Dr. Goodstein's report also comments on the report of Dr. Van Liere and on marketing, trademark, and consumer confusion issues related to American Airlines' trademarks and Google's Sponsored Link advertising program. Dr. Goodstein may be called to testify at trial about these issues.

3. Daniel L. Jackson
   AlixPartners
   2100 McKinney Avenue, Suite 800
   Dallas, TX 75201
   214-647-7636 - Office
   214-647-7502 - Fax
   214-679-3788 – Cell

Daniel L. Jackson is a damages expert who may be called to testify at trial about his opinions on American's damages.

Respectfully submitted,

Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309

Terence P. Ross (admitted *pro hac vice*)
Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**Attorneys for Plaintiff American Airlines, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on the 9th day of June, 2008 to Defendant's counsel, as follows:

*Via CMRRR #7007 0710 0000 0927 8594*
*and Email*
Joseph F. Cleveland, Jr.
BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, TX 76102-3090

*Via CMRRR #7007 0710 0000 0927 8600*
*and Email*
Michael H. Page
Klaus H. Hamm
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704

Lars L. Berg