American Airlines Inc v. Google Inc    Doc. 65



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:07-CV-487-A |
| GOOGLE, INC., | § § § | |
| Defendant. | § | |

ORDER

The court has concluded that the motion of plaintiff, American Airlines, Inc., to compel, filed May 7, 2008, should be granted to the extent provided in this order, and that, otherwise, it should be denied.

The court ORDERS that:

(1) The objections of defendant, Google, Inc., to providing broach match and related keyword data requested by plaintiff be, and are hereby, overruled; and

(2) Defendant be, and is hereby, ordered to give American access by June 26, 2008, to all electronically stored information that is responsive to each of plaintiff's requests for production.

The court further ORDERS that the feature of plaintiff's motion related to interference by Google's counsel with

dockets.Justia.com

questioning of Google's corporate representatives be, and is hereby, denied by virtue of the agreement the parties have reached on that subject.

The court is not at this time ordering sanctions based on discovery abuse. However, the court reserves that issue to be dealt with at a future date depending on the degree of future cooperation in discovery matters.

SIGNED June 16, 2008.

JOHN McBRYDE
United States District Judge