IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| | § | |
| v. | § | |
| | § | 4-07-CV-487-A |
| GOOGLE, INC., | § | |
| | § | |
| Defendant | § | |

## NOTICE OF APPEARANCE

Please take notice that Richard H. Gateley of the law firm of Brackett & Ellis, P. C. will be representing Google Inc. in the above-entitled and numbered case as co-counsel and requests that he be included on the service of all notices, pleadings and other documents filed in this case at the following address:

> Richard H. Gateley
> Brackett & Ellis, P.C.
> 100 Main Street
> Fort Worth, Texas 76102-3090
> (817) 338-1700; Metro (817) 429-9181
> Facsimile: (817) 870-2265.

Respectfully submitted,

_____
Richard H. Gateley
Texas State Bar No. 07752500
BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700 Metro: 429/9181
Facsimile: 817/870-2265

---

**NOTICE OF APPEARANCE**
**CASE NO. 4:07-CV-487-A**

**PAGE 1**
294564.1

CO-COUNSEL FOR DEFENDANT
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record via United States Postal Service, first class mail, postage prepaid and addressed as follows:

>Dee J. Kelly
>Dee J. Kelly, Jr.
>Lars L. Berg
>Kelly Hart & Hallman LLP
>201 Main Street, Suite 2500
>Fort Worth, TX   76102
>
>Frederick Brown
>George A. Nicoud III
>Gibson, Dunn & Crutcher LLP
>One Montgomery St., Suite 3100
>San Francisco, CA 94104

Date:   June 25, 2008.

_____
Richard H. Gateley