

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

        No. 4:07-CV-487-A

GOOGLE INC.,

        Defendant.

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL
PORTIONS OF THE APPENDIX FILED IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL AND BRIEF IN SUPPORT**

Plaintiff, American Airlines, Inc. ("American"), files this unopposed motion to seal portions of the appendix filed in support of American's motion to compel and would respectfully show the Court the following:

Contemporaneous with the filing of this motion, American is filing an appendix in support of its motion to compel. Pursuant to a confidentiality agreement signed by American and defendant, Google Inc. ("Google"), Google has designated 11 documents in American's appendix as Confidential Information or Highly Confidential Information. The appendix actually filed contains blank pages as place holders for the documents at issue.

In relevant part, paragraph 12 of the confidentiality agreement provides:

> In the event that it is not possible to provide more than two business days notice, the party wishing to file the Confidential Information or Highly Confidential Information with the Court must present an accompanying motion requesting that the Confidential or Highly Confidential Information be filed under seal.

Through this motion, American is providing written notice to Google of American's intent to file a motion to compel supported by documents labeled by Google as Confidential

PLAINTIFF'S UNOPPOSED MOTION TO SEAL         PAGE 1
957963_2

Information or Highly Confidential. The parties' agreement contemplates that American will file this motion.

Under the confidentiality agreement, Google's designation of these documents as Confidential Information or Highly Confidential Information is an indication by Google that the information consists of trade secrets or confidential research and development information, or confidential commercial or financial information, the disclosure of which would likely cause injury to Google's business. The confidentiality agreement further contemplates that Google will have the opportunity, before the Court rules on this motion, to submit a declaration within five business days of the filing of this motion further explaining why the information should be sealed.

If the Court grants this motion to seal, American intends to submit the documents in a supplemental appendix filed under seal. If the motion to seal is denied, American intends to submit the documents in a supplemental appendix.

American respectfully requests that this unopposed motion to seal be considered by the Court so that the documents American intends to file in support of its motion to compel can be properly filed and then considered by the Court.

Date: July 2, 2008

Respectfully submitted,

/s/ Terence P. Ross

Terence P. Ross (admitted *pro hac vice*)
Howard S. Hogan (admitted *pro hac vice*)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
Michael D. Anderson (State Bar No. 24031699)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III (State Bar No. 15017875)
Gibson, Dunn & Crutcher LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309

*Attorneys for Plaintiff American Airlines, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff American Airlines, Inc. conferred with counsel for Defendant Google Inc. regarding the foregoing Motion to Seal. Counsel for Google indicated Google does not oppose the Motion.

_____
Lars L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on this 2nd day of July, 2008, to Defendant's counsel, as follows:

*Via CM/RRR # 7007 0710 0000 0927 8679 and email*
Joseph F. Cleveland, Jr.
BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, TX 76102-3090

*Via CM/RRR # 7007 0710 0000 0927 8686 and email*
Michael H. Page (*Pro Hac Vice*)
Klaus H. Hamm (*Pro Hac Vice*)
Benjamin Berkowitz (*Pro Hac Vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704

_____
Lars L. Berg