IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:07-CV-487-A |
| § | |
| GOOGLE, INC., § | |
| § | |
| Defendant. § | |

ORDER

The court has received and conducted a preliminary review of the items filed in the above-captioned action on July 2, 2008, titled "Plaintiff's Second Motion to Compel and for Sanctions and Brief in Support" and "Defendant Google, Inc.'s Motion for Clarification of June 16, 2008 Order Granting American Airline's 'Access' to Electronically Stored Information and Brief in Support Thereof," respectively. The court's preliminary review causes the court to believe that defendant, Google, Inc., has declined to comply with the corrected order the court signed in the above-captioned action on June 16, 2008. However, before reaching a final decision, the court is affording each party an

opportunity to file an expedited response to the opposing party's motion. Therefore,

The court ORDERS that each party to the above-captioned action file by 2:00 p.m. on July 9, 2008, a response to the other party's motion, as mentioned above.

The court further ORDERS that lead counsel for each party have a face-to-face meeting by 10:00 a.m. on July 8, 2008, in the Fort Worth office of counsel for plaintiff, American Airlines, Inc., in an attempt to resolve whatever differences might exist relative to discovery matters, and that by 3:00 p.m. on July 8, 2008, the parties file a document, jointly signed by lead counsel for each, giving the court the details of the meeting (i.e., the identities of those who participated, when the meeting started, when the meeting ended, and the outcome).

SIGNED July 3, 2008.

_____
JOHN McBRYDE
United States District Judge