IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

GOOGLE INC.,

        Defendant.

No. 4:07-CV-487-A

## ORDER ON MOTION TO SEAL

Came on to be considered in the above-styled and numbered action plaintiff's motion to seal. The court, having considered the motion, finds that the following order should be rendered. Therefore,

The court orders that Google file within five business days after July 2, 2008 any material it wishes to file in support of sealing the documents identified by plaintiff in the appendix to its motion to compel, which were both filed on July 2, 2008, as having been designated by Google as containing either confidential information or highly confidential information.

SIGNED this 3 day of July, 2008.

JOHN McBRYDE
United States District Judge

957999_1