

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4-07-487-A |
| | § | |
| GOOGLE, INC. | § | |
| | § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF DEFENDANT GOOGLE, INC.'S UNOPPOSED MOTION TO SEAL

Defendant Google, Inc. ("Google") files this its appendix in support of its motion to seal of July 3, 2008.

Respectfully submitted,

Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
Richard H. Gateley
Texas Bar No. 07752500
BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700
Metro: 817/429-9181
Facsimile: 817/870-2265

Michael H. Page
Klauss H. Hamm
Benjamin W. Berkowitz
Ajay S. Krishnan
Ragesh K. Tangri
Rachael Meny
Daralyn J. Durie

---

APPENDIX IN SUPPORT OF DEFENDANT GOOGLE INC.'S
MOTION FOR CLARIFICATION OF JUNE 16, 2008 ORDER – PAGE 1
CASE NO. 4:07-CV-487-A

Melissa J. Miksch
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of Defendant's Appendix was served on Plaintiff's attorneys of record as follows:

Dee J. Kelly                 **Via Hand Delivery**
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown          **Via First Class Mail**
George A. Nicoud III
Gibson, Dunn & Crutcher LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104

_____
Joseph F. Cleveland, Jr.

| Tab | Description | App. No |
|---|---|---|
| A | Email from Benjamin W. Berkowitz of June 17, 2008 re: AA v. Google: Jackson attachments – native files needed | APP 0001-0003 |
| B | Email from Benjamin W. Berkowitz of June 17, 2008 re: attachments 4-13 to Dan Jackson's report – with formulas | APP 0004-0008 |
| C | Fax from Lars L. Berg to Michael H. Page of November 26, 2007 | APP 0009-0011 |
| D | Expert Report of Daniel L. Jackson dated June 9, 2007 | APP 0012-0184 |