American Airlines Inc v. Google Inc Doc. 83

CTJ/RMT
ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DROP BOX
JUL - 3 2008
7:18
CLERK, U.S. DISTRICT COURT
By ________
Deputy

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., Plaintiff | § | CIVIL ACTION NO. |
| v. | § | 4-07-CV-487-A |
| GOOGLE, INC., Defendant | § | |

**DEFENDANT GOOGLE INC'S MOTION FOR SUMMARY JUDGMENT**

Comes now defendant Google inc. ("Google") and files its motion for summary judgment, and in support thereof would state as follows:

Pursuant to Local Rule 56.3(b), each of the required matters will be set forth in Google's brief in support of its motion for summary judgment.

For the reasons stated, Google respectfully requests this Court to grant its motion for summary judgment, dismiss plaintiff American Airlines, Inc.'s claims with prejudice, award Google its costs and attorney's fees, and enter such other and further relief to which Google may show itself justly entitled.

Respectfully submitted,

Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
Richard H. Gateley
Texas Bar No. 07752500
BRACKETT & ELLIS



ORIGINAL

Dockets.Justia.com

A Professional Corporation
100 Main Street
Fort Worth, TX 76102-3090
Telephone: 817/338-1700
Metro: 817/429-9181
Facsimile: 817/870-2265

Ragesh Tangri
California Bar No. 159477
Daralyn Durie
California Bar No. 169825
Klaus H. Hamm
California Bar No. 224905
Benjamin W. Berkowitz
California Bar No. 244441
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on this 3rd day of July, 2008, to Plaintiff's counsel, as follows:

**Via First Class Mail**

Dee J. Kelly
Dee J. Kelly, Jr.
Lars L. Berg
Michael D. Anderson
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

**Via First Class Mail**

Frederick Brown
George A. Nicoud III
Gibson, Dunn & Crutcher LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104

Joseph F. Cleveland, Jr.