

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4-07-487-A |
| | § | |
| GOOGLE, INC. | § | |
| | § | |
| Defendants. | § | |

### APPENDIX IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Google Inc. ("Google") files this, its appendix in support of its motion for summary judgment.

Respectfully submitted,

_____
Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
Richard H. Gateley
Texas Bar No. 07752500
BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: 817/338-1700
Metro: 817/429-9181
Facsimile: 817/870-2265

Michael H. Page
Klauss H. Hamm
Benjamin W. Berkowitz
Ajay S. Krishnan
Ragesh K. Tangri
Rachael Meny

**Vol. I of III**

---

APPENDIX IN SUPPORT OF DEFENDANT GOOGLE INC.'S
MOTION FOR SUMMARY JUDGMENT – PAGE 1
CASE NO. 4:07-CV-487-A
295188.1

Daralyn J. Durie
Melissa J. Miksch
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, a copy of Defendant's Appendix was served on Plaintiff's attorneys of record as follows:

Dee J. Kelly **Via Hand Delivery**
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown **Via First Class Mail**
George A. Nicoud III
Gibson, Dunn & Crutcher LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104

_____
Joseph F. Cleveland, Jr.

| Tab | Description | App. No |
|---|---|---|
| A | Declaration and Exhibits of Doris Joos | APP001-020 |
| B | Declaration of David Baker | APP021-023 |
| C | Email from Courtney Loyd to Peter Bui and Katie Badya dated May 2, 2007 at 4:44 p.m. re Negative keywords – Google campaign | APP024-025 |
| D | Bid engine mail [AAG-TM 000420126] | APP026-027 |
| E | FTC Business Review Letter dated June 27, 2002 | APP028-031 |
| F | Declaration of Rose Hagan | APP032-033 |
| G | Excerpts from Expert Report of Daniel L. Jackson dated June 9, 2007 | APP034-040 |
| H | Expert Report of Kent D. Van Liere, Ph.D., dated May 22, 2008, with Exhibits D and E | APP041-066 |
| I | Excerpts taken from the Deposition of Kent D. Van Liere, Ph.D., taken May 30, 2008 | APP067-098 |
| J | Exhibit 122 to the Deposition of Kent D. Van Liere, Ph.D., taken May 22, 2006 | APP099-128 |
| K | Declaration of Itamar Simonson, Ph.D. | APP129-183 |
| L | 2008-2009 Funjet Wholesale Fare Agreement | APP184-189 |
| M | 2007-2008 Travelocity Wholesale Fare Agreement | APP190-228 |
| N | Cheaptickets Contract [AAG-00353250] | APP229-235 |
| O | Excerpts from the Deposition of Christopher DeGroot taken June 18, 2008 | APP236-239 |
| P | Orbitz Supplier Link Agreement | APP240-275 |
| Q | Email from Julie Woodside to William Alcorn dated April 8, 2008 re: Unauthorized Use of AA Trademarks | APP276-277 |
| R | Excerpts of the American Airlines Complaint filed August 16, 2007 | APP278-284 |
| S | Granados, Grupta and Kaufmann article titled "Orbitz, Online Travel Agents and Market Structure Changes in the Presence of Technology-Driven Market Transparency" | APP285-311 |
| T | Travelocity, 10-K filing for 2000 | APP312-406 |
| U | Sabre Holdings 10-K filing for 2000 | APP407-467 |
| V | ARC Addendum | APP468-473 UNDER SEAL |
| W | ARC Agreement | APP474-543 UNDER SEAL |
| X | Travelocity US Point of Sale Agency Agreement | APP544-550 |



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC., §
§
Plaintiff §   CIVIL ACTION NO.
§
v. §
§   4-07-CV-487-A
GOOGLE, INC., §
§
Defendant §

## DECLARATION OF DORIS JOOS

I, Doris Joos, declare that:

1. I am a paralegal in the law firm of Keker & Van Nest, LLP, and I have personal knowledge of the facts set forth herein and if sworn as a witness could and would testify competently thereto.

2. On July 2, 2007, I navigated to the website www.google.com, and printed screen captures of search results for the terms "the," "airlines," "aa," and "American Airlines." True and correct copies of these screen captures are attached hereto as Exhibits A - D.

3. Also on July 2, 2007, I navigated to the website www.funjet.com, and printed a web page that appeared for one of the steps to book an airline ticket from San Francisco to Dallas Fort Worth on American Airlines. A true and correct copy of the screen capture is attached hereto as Exhibit E.

4. On July 1, 2007, I navigated to the website www.travelocity.com, and printed a web page that appeared for one of the steps to book an airline ticket from San Francisco to Dallas Fort Worth on American Airlines. A true and correct copy of the printed web page is attached hereto as Exhibit F.

5. On July 1, 2007, I also navigated to the website www.orbitz.com, and printed the web page that appeared for one of the steps to book an airline ticket from San Francisco to Dallas Fort Worth on American Airlines. A true and correct copy of the printed web page is attached

hereto as Exhibit G.

6. On July 1, 2007, I navigated to the website www.cheaptickets.com, and printed the web page for one of the steps to book an airline ticket from San Francisco to Dallas Fort Worth on American Airlines. A true and correct copy of the printed web page is attached hereto as Exhibit H.

7. Also on July 2, 2007, I navigated to the website www.bookairlinetickets.com, and printed a web page showing options for booking a ticket from San Francisco to Dallas Fort Worth. Additionally, I also printed a screen capture for one of the steps to book an airline ticket from San Francisco to Dallas Fort Worth based on one of the options. A true and correct copy of this printed web page and screen capture are attached hereto as Exhibit I and Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on July 2, 2008.

_____
Doris Joos

**DECLARATION OF DORIS JOOS**
**NO. 4-07-cv-487-A**
420528.01 Page 2

APP 002