American Airlines Inc v. Google Inc



Doc. 88

CTJ/RMT WO ORIGINAL




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC. §
§
Plaintiff, §
§
vs. § CIVIL ACTION NO. 4-07-487-A
§
GOOGLE, INC. §
§
Defendants. §

**GOOGLE, INC.'S UNOPPOSED MOTION TO SEAL PORTIONS OF THE APPENDIX FILED IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

Defendant Google, Inc. ("Google"), files this unopposed motion to seal portions of the appendix filed in support of Google's motion for summary judgment, and would respectfully show the Court the following:

Contemporaneous with the filing of this motion, Google is filing an appendix in support of its motion for summary judgment. Pursuant to a confidentiality agreement signed by American and Google, Google has designated certain documents in Google's appendix as Confidential or Highly Confidential Information. The appendix actually filed contains a blank page as place holders for the confidential material.

In relevant part, paragraph 12 of the confidentiality agreement provides:

> In the event that it is not possible to provide more than two business days notice, the party wishing to file the Confidential Information or Highly Confidential Information with the Court must present an accompanying motion requesting that the Confidential or Highly Confidential Information be filed under seal.

Through this motion, Google is providing written notice to American of Google's intent to file a motion for summary judgment supported by documents labeled by American as Confidential



ORIGINAL

Dockets.Justia.com

or Highly Confidential Information. The parties' agreement contemplates that Google will file this motion.

Under the confidentiality agreement, American's designation of these documents as Confidential Information or Highly Confidential Information is an indication by American that the information consists of trade secrets or confidential research and development information, or confidential commercial or financial information, the disclosure of which would likely cause injury to American's business. The confidentiality agreement further contemplates that American will have the opportunity, before the Court rules on this motion, to submit a declaration within five business days of the filing of this motion further explaining why the information should be sealed.

If the Court grants this motion to seal, Google intends to submit the document in a supplemental appendix filed under seal. If the motion to seal is denied, Google intends to submit the documents in a supplemental appendix.

Google respectfully requests that this unopposed motion to seal be considered by the Court so that the documents Google intends to file in support of its motion for summary judgment can be properly filed and then considered by the Court.

Respectfully submitted,

Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
Richard H. Gateley
Texas Bar No. 07752500
BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, TX 76102-3090
Telephone: 817/338-1700
Metro: 817/429-9181
Facsimile: 817/870-2265

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

**OF COUNSEL:**

Ragesh Tangri
California Bar No. 159477
Daralyn Durie
California Bar No. 169825
Klaus H. Hamm
California Bar No. 224905
Benjamin W. Berkowitz
California Bar No. 244441
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant Google, Inc. conferred with counsel for Plaintiff American Airlines, Inc. regarding the foregoing Motion to Seal. Counsel for American indicated American does not oppose the Motion.

Joseph F. Cleveland, Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on this 3rd day of July, 2008, to Plaintiff's counsel, as follows:

**Via First Class Mail**

Dee J. Kelly
Dee J. Kelly, Jr.
Lars L. Berg
Michael D. Anderson
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

**Via First Class Mail**

Frederick Brown
George A. Nicoud III
Gibson, Dunn & Crutcher LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104

Joseph F. Cleveland, Jr.