ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., | |
| Plaintiff, | |
| -v.- | No. 4:07-CV-487-A |
| GOOGLE INC., | |
| Defendant. | |

# REPORT ON COURT-ORDERED CONFERENCE
# AND REQUEST FOR ADDITIONAL BRIEFING TIME

Pursuant to the Court's July 3, 2008 order, counsel for plaintiff, American Airlines, Inc., and counsel for defendant, Google Inc., met in person on July 7 and July 8, 2008, at the offices of Kelly, Hart & Hallman, LLP, in Fort Worth, Texas, to resolve whatever differences exist relative to discovery matters. The following persons participated in those meetings:

1. Frederick Brown, lead counsel for American Airlines, Inc. (July 7 and 8)

2. Dee J. Kelly, Jr., counsel for American Airlines, Inc. (July 7 and 8)

3. Lars L. Berg, counsel for American Airlines, Inc. (July 7 and 8)

4. Jason Stavers, counsel for American Airlines, Inc. (participating by telephone July 7)

5. Howard Hogan, counsel for American Airlines, Inc. (participating by telephone July 8)

6. Donald Broadfield, in-house counsel for American Airlines, Inc. (July 7 and 8)

7. Ragesh K. Tangri, lead counsel for Google, Inc. (July 7 and 8)

8. Joseph F. Cleveland, Jr., counsel for Google, Inc. (July 7 and 8)

9. Catherine Lacavera, in-house counsel for Google, Inc. (July 7)

The meeting on July 7 commenced at 1:15 p.m. and adjourned 5:30 p.m. The parties reconvened the meeting on July 8 from 8:00 a.m. to 8:30 a.m., then exchanged drafts of this report, and had several phone conferences. The participants discussed their differences relative to discovery matters, including: 1) plaintiff's motion to compel; 2) defendant's motion to clarify; 3) defendant's motion to compel; and, 4) the Court's July 3, 2008 order. The parties reached limited agreements, but most of the differences relative to discovery matters were not resolved. The parties intend to explain the agreements they reached in their respective responses to one another's motions.

Those responses must currently be filed by the Court's deadline of 2:00 p.m. on July 9, 2008. The parties request, however, a 24-hour extension of that deadline.

Respectfully submitted,

_(signature)_                                                    _(signature)_

Frederick Brown-lead counsel                    Ragesh Tangri-lead counsel
(admitted pro hac vice)                               (admitted pro hac vice)
George A. Nicoud III                                   Daralyn Durie (admitted pro hac vice)
(State Bar No. 15017875)                           Klaus H. Hamm (admitted pro hac vice)
Jason B. Stavers (admitted pro hac vice)   Michael H. Page (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**          Benjamin Berkowitz (admitted pro hac vice)
One Montgomery St., Suite 3100              **KEKER & VAN NEST LLP**
San Francisco, CA 94104                            710 Sansome Street
Phone: (415) 393-8200                               San Francisco, CA 94111-1704
Fax: (415) 986-5309

Dee J. Kelly (State Bar No. 11217000)       Joseph F. Cleveland, Jr.
Dee J. Kelly, Jr. (State Bar No. 11217250)  (State Bar No. 04378900)
Lars L. Berg (State Bar No. 00787072)      Richard H. Gateley
**KELLY HART & HALLMAN LLP**                  (State Bar No. 07752500)
201 Main Street, Suite 2500                       **BRACKETT & ELLIS PC**
Fort Worth, Texas 76102                            100 Main Street
Phone: (817) 332-2500                               Fort Worth, TX 76102-3090
Fax: (817) 878-9280

**ATTORNEYS FOR GOOGLE INC.**

Terence P. Ross (admitted pro hac vice)
Howard S. Hogan (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**ATTORNEYS FOR AMERICAN AIRLINES, INC.**