

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:07-CV-487-A |
| GOOGLE, INC. | § § | |
| Defendant. | § | |

ORDER

Came on for consideration the "Report on Court-Ordered Conference and Request for Additional Briefing Time" ("request"), filed by plaintiff, American Airlines, Inc., and defendant, Google Inc., in the above-captioned action. In the request, the parties ask for a twenty-four hour extension of the court's July 9, 2008, deadline to file their responses to the opposing party's outstanding discovery motions. The court has concluded that the request should be granted. Therefore,

The court ORDERS that the parties file, by 2:00 p.m. on July 10, 2008, the responses mentioned above.

SIGNED July 8, 2008.

JOHN McBRYDE
United States District Judge