IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4-07-487-A |
| | § | |
| GOOGLE, INC. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT GOOGLE, INC.'S MOTION FOR LEAVE TO FILE A REPLY

Comes now Defendant Google, Inc. ("Google") and files this Motion for Leave to File a Reply and in support thereof would state as follows:

On July 10, 2008, American Airlines, Inc ("American") filed its response to Google's Motion for Clarification of this Court's June 16, 2008 Order. In its response, American raises a number of new arguments that Google had not previously anticipated and requests, for the first time, that this Court strike Google's Answer. Because this is an entirely new remedy not previously addressed in any motions before the Court, Google would appreciate the opportunity to file a reply on or before Wednesday, July 16, 2008.

For the reasons stated, Google requests that it be permitted the opportunity to reply to American's Response on or before July 16, 2008, and enter such other and further leave which Google may show itself justly entitled.

Respectfully submitted,

Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
Richard H. Gateley
Texas Bar No. 07752500
BRACKETT & ELLIS
A Professional Corporation

100 Main Street
Fort Worth, TX 76102-3090
Telephone: 817/338-1700
Metro: 817/429-9181
Facsimile: 817/870-2265

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

**OF COUNSEL:**

Ragesh Tangri
California Bar No. 159477
Daralyn Durie
California Bar No. 169825
Klaus H. Hamm
California Bar No. 224905
Benjamin W. Berkowitz
California Bar No. 244441
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant Google, Inc. attempted to confer with counsel for Plaintiff American Airlines, Inc. regarding the Foregoing. He could not be reached therefore this Motion is being presented to the Court for consideration.

_____
Joseph F. Cleveland, Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on this 10 day of July, 2008, to Plaintiff's counsel, as follows:

**Via First Class Mail**

Dee J. Kelly
Dee J. Kelly, Jr.
Lars L. Berg
Michael D. Anderson
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

**Via First Class Mail**

Frederick Brown
George A. Nicoud III
Gibson, Dunn & Crutcher LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104

_____
Joseph F. Cleveland, Jr.