IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

v.

GOOGLE, INC.,

        Defendants.

Civil Action No. 4-07-CV-487-A

**ORDER ON MOTION FOR LEAVE TO FILE A REPLY**

CAME ON TO BE CONSIDERED, Defendant Google, Inc.'s Motion for Leave to File a Reply. The court having considered the Motion is of the opinion it should be granted.

IT IS THEREFORE ORDERED, that Google will file a reply, if any, by July 16, 2008 at 2:00p.m.

SIGNED this 10 day of July, 2008

John H. McBryde,
United States District Court