

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-                                                No. 4:07-CV-487-A

GOOGLE INC.,

        Defendant.

### AGREED ORDER GRANTING DEFENDANT'S SECOND MOTION TO COMPEL

Came on to be considered in the above-styled and numbered action the motion to compel filed on July 3, 2008 by defendant, Google Inc. On July 7 and 8, 2008, lead counsel for defendant and lead counsel for plaintiff, American Airlines, Inc., conducted a face-to-face meeting to discuss, among other matters, defendant's second motion to compel. The court has been informed that the parties have reached an agreement resolving all the issues raised in defendant's second motion to compel. Consistent with the parties' agreement,

The court ORDERS that defendant's motion to compel be, and is hereby, granted.

The court further ORDERS that native copies of the Microsoft Excel files that were used to create the Adobe PDF spreadsheets attached to the report of plaintiff's designated expert, Daniel L. Jackson (the "Native Files"), be produced to counsel for defendant by July 10, 2008.

The court further ORDERS that it shall not be a violation of this Order if the copies of the Native Files produced display modified or saved on dates after the date of the Adobe PDF spreadsheets attached to the Jackson Report as a result of the process of opening the files on a document management system or copying them for production to Google provided that the native files are otherwise unaltered and contain all of the identical data, formulas, and

information that they contained when the Adobe PDF spreadsheets attached to the Jackson report were created.

The court further ORDERS that defendant be, and is hereby, granted an extension of time until July 31, 2008 to serve an amended version of the expert report of Douglas Kidder.

The court further ORDERS that it does not make any finding as to whether the native files are "drafts," and that the parties' agreement resolving defendant's second motion to compel does not constitute a waiver of either parties' rights under the November 26, 2007 agreement between the parties under Rule 29 of the Federal Rules of Civil Procedure.

SIGNED this 10 day of July, 2008.

John McBryde
United States District Judge

AGREED:

_____          _____
Frederick Brown - lead counsel     Ragesh Tangri - lead counsel
(admitted pro hac vice)            (admitted pro hac vice)
George A. Nicoud III               Daralyn Durie (admitted pro hac vice)
(State Bar No. 15017875)           Klaus H. Hamm (admitted pro hac vice)
Jason B. Stavers (admitted pro hac vice)  Michael H. Page (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**    Benjamin Berkowitz (admitted pro hac vice)
One Montgomery St., Suite 3100     **KEKER & VAN NEST LLP**
San Francisco, CA 94104            710 Sansome Street
Phone: (415) 393-8200              San Francisco, CA 94111-1704
Fax: (415) 986-5309

Dee J. Kelly (State Bar No. 11217000)   Joseph F. Cleveland, Jr.
Dee J. Kelly, Jr. (State Bar No. 11217250)  (State Bar No. 04378900)
Lars L. Berg (State Bar No. 00787072)   Richard H. Gateley
**KELLY HART & HALLMAN LLP**            (State Bar No. 07752500)
201 Main Street, Suite 2500             **BRACKETT & ELLIS PC**
Fort Worth, Texas 76102                 100 Main Street
Phone: (817) 332-2500                   Fort Worth, TX 76102-3090
Fax: (817) 878-9280

**ATTORNEYS FOR GOOGLE INC.**

Terence P. Ross (admitted pro hac vice)
Howard S. Hogan (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**ATTORNEYS FOR AMERICAN AIRLINES, INC.**