IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4-07-487-A |
| | § | |
| GOOGLE, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

ON THIS DAY came on for consideration Defendant Google, Inc.'s ("Google") Unopposed Motion to Enlarge Page Limitations. The Court, having considered the Motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Google file its Response in opposition to American Airlines' Second Motion to Compel not to exceed 30 pages in length.

SIGNED this __10__ day of __July__, 2008.

JOHN H. MCBRYDE
United States District Court

ORDER