IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-                                                                                   No. 4:07-CV-487-A

GOOGLE INC.,

        Defendant.

## STIPULATION OF DISMISSAL

Plaintiff, American Airlines, Inc., and Defendant, Google Inc., hereby stipulate through their designated counsel that the above-styled and numbered action be, and is hereby, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs and attorneys' fees.

Dated this _____ day of July, 2008.

STIPULATION OF DISMISSAL – Page 1
961044_1

Respectfully submitted,

_[signature]_  
Joseph F. Cleveland, Jr.  
State Bar No. 04378900  
BRACKETT & ELLIS, P.C.  
A PROFESSIONAL CORPORATION  
100 Main Street  
Fort Worth, TX 76102-3090  
Phone: (817) 338-1700  
Metro: (817) 429-9181  
Fax: (817) 870-2265  

Michael H. Page (admitted *pro hac vice*)  
California Bar No. 154913  
Klaus H. Hamm (admitted *pro hac vice*)  
California Bar No. 224905  
Benjamin Berkowitz (admitted *pro hac vice*)  
California Bar No. 244441  
KEKER & VAN NEST LLP  
710 Sansome Street  
San Francisco, CA 94111-1704  
Phone: (415) 391-5400  
Fax: (415) 397-7188  

**ATTORNEYS FOR DEFENDANT GOOGLE INC**

_[signature]_  
Dee J. Kelly (State Bar No. 11217000)  
Dee J. Kelly, Jr. (State Bar No. 11217250)  
Lars L. Berg (State Bar No. 00787072)  
KELLY HART & HALLMAN LLP  
201 Main Street, Suite 2500  
Fort Worth, Texas 76102  
Phone: (817) 332-2500  
Fax: (817) 878-9280  

Frederick Brown (admitted *pro hac vice*)  
George Nicoud III (admitted *pro hac vice*)  
GIBSON, DUNN & CRUTCHER LLP  
One Montgomery St., Suite 3100  
San Francisco, CA 94104  
Phone: (415) 393-8200  
Fax: (415) 986-5309  

Terence P. Ross (admitted *pro hac vice*)  
Howard S. Hogan (admitted *pro hac vice*)  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036  
Phone: (202) 955-8500  
Fax: (202) 467-0539  

**ATTORNEYS FOR PLAINTIFF AMERICAN AIRLINES, INC.**