IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

GOOGLE INC.,

    Defendant.

No. 4:07-CV-487-A

## AGREED FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal filed by Plaintiff, American Airlines, Inc., and Defendant, Google Inc., the court finds that the above-styled and numbered action should be dismissed with prejudice. Therefore,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by Plaintiff, American Airlines, Inc., in this action, be, and are hereby, dismissed with prejudice; that Plaintiff have and recover nothing from Defendant; and, that each party bear its owns costs and attorneys' fees.

SIGNED this 17 day of July, 2008.

John McBryde
United States District Judge

AGREED FINAL JUDGMENT – Page 1
961053_1

**AGREED:**

_/s/ Dee J. Kelly_
Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
George Nicoud III (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309

Terence P. Ross (admitted *pro hac vice*)
Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**ATTORNEYS FOR PLAINTIFF
AMERICAN AIRLINES, INC.**

_/s/ Joseph F. Cleveland, Jr._
Joseph F. Cleveland, Jr.
State Bar No. 04378900
BRACKETT & ELLIS, P.C.
A PROFESSIONAL CORPORATION
100 Main Street
Fort Worth, TX 76102-3090
Phone: (817) 338-1700
Metro: (817) 429-9181
Fax: (817) 870-2265

Michael H. Page (admitted *pro hac vice*)
California Bar No. 154913
Klaus H. Hamm (admitted *pro hac vice*)
California Bar No. 224905
Benjamin Berkowitz (admitted *pro hac vice*)
California Bar No. 244441
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Phone: (415) 391-5400
Fax: (415) 397-7188

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**